UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED ORDER |
| - v. - | 18 Cr. ____ |
| JAMES ELLINGSON, | 18 CRIM 035 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, GEOFFREY S. BERMAN, by Assistant United States Attorneys Sagar K. Ravi and Drew Skinner;

It is found that the indictment and arrest warrant in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have that indictment and arrest warrant unsealed for the limited purpose of sharing them foreign law enforcement agencies, including Interpol, to facilitate the defendant's arrest and extradition, it is therefore

ORDERED that the indictment and arrest warrant in the above-captioned action be unsealed for the limited purpose set forth above.

Dated: New York, New York
January 17, 2018

_____
HONORABLE HENRY B. PITMAN
UNITED STATES MAGISTRATE JUDGE