

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2023

**By ECF**

The Honorable Jennifer L. Rochon
United States District Judge
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Ellingson*, 18 Cr. 35 (JLR)

Dear Judge Rochon:

    I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that you order the Clerk of Court to terminate my appearance in the above-captioned case.

Application GRANTED.

Dated: June 30, 2023
          New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Drew Skinner
    Drew Skinner
    Assistant United States Attorney
    (212) 637-1587